**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:10-1104-9-RMG |
| | ) | |
| Ernest Chaplin, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |
| _____ | ) | |

    This matter comes before the Court on Defendant's motion for the early termination of his term of supervised release. (Dkt. No. 1400). The Defendant was sentenced to 120 months of incarceration and 10 years of supervised release on February 1, 2012, following pleading guilty to drug and money laundering offenses. Defendant was released from incarceration on March 12, 2019 and commenced his term of supervision. Defendant's supervised release was revoked on September 14, 2022 due to new criminal conduct, which included discharging a firearm into an occupied vehicle, pointing and presenting a firearm, and attempted murder. Defendant was sentenced to 42 months of incarceration and three years of supervised release. Defendant was released on December 29, 2023 and commenced his second term of supervised release. Since that time, Defendant has maintained steady employment and a stable residence.

    Both the United States Attorney's Office and Probation oppose the motion for early termination of supervised release. This recommendation is based on Defendant's history of violence and classification as a career offender. (Dkt. No. 1404). Defendant's term of supervised release is scheduled to expire on December 28, 2026.

The Court denies Defendant's motion for the early termination of his term of supervised release. The Court notes Defendant's stable employment and compliance with the conditions of supervised release since returning from prison in late 2023. However, Defendant's long and troubling history of violence and drug distribution make the early termination of supervised release inappropriate at this time.

Defendant's motion for the early termination of supervised release (Dkt. No. 1400) is **DENIED.**

**AND IT IS SO ORDERED**.


_s/ Richard Mark Gergel_
Richard Mark Gergel
United States District Judge


April 7, 2025
Charleston, South Carolina